IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-00457-RPM

ISMAIL ISSA BARRE and
COLORADO HALAL MARKET, INC.,

       Plaintiffs,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE,
FOOD AND NUTRITION SERVICE,

       Defendant.
_____

ORDER FOR DISMISSAL
_____

On November 2, 2005, this Court issued to plaintiffs an order to show cause by December 5, 2005, why this action should not be dismissed for failure to prosecute. Copies of the said order, mailed by the Clerk of this court to the last known addresses of plaintiffs, were returned undelivered.  It is now

ORDERED that the complaint is dismissed without prejudice.

DATED: March 22nd , 2006

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior Judge